
**COZEN O'CONNOR**

June 8, 2026

**VIA ECF**

**Jerry H. Goldfeder**
Phone        212-908-1397
Mobile       917-680-3132
jgoldfeder@cozen.com

Hon. Robyn F. Tarnofsky, U.S.M.J.
United States District Court for the Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

Re:    *WCO Spectrum, LLC v. Hispanic Information & Telecommunications Network, Inc.*, No.
       Case No. 1:26-cv-1014 (S.D.N.Y.)

Dear Judge Tarnofsky:

This firm represents Defendant Hispanic Information & Telecommunications Network, Inc. ("Defendant"), a charitable not-for-profit corporation.

In accordance with Your Honor's Individual Practices in Civil Cases ¶ I.E, I respectfully request an additional seventy-five (75) day adjournment of Defendant's deadline to answer, move, or otherwise respond to the Complaint, which is currently set for June 24, 2026.

I seek this extension due to pressing personal circumstances that constrain my capacity to prepare a thorough and comprehensive responsive pleading or motion within the current time-frame. As I advised adversary counsel, Defendant intends to move to dismiss the Complaint on several substantive grounds, as well as on the ground that the Charities Bureau of the New York Attorney General's Office has forbid Defendant to use its funds for the purposes demanded in Plaintiff's subject claim.

I asked adversary counsel to consent but he declined to do so beyond "one or two weeks." I am perplexed as to his, or his client's, position in this regard, in that I freely accepted service of the within Complaint (which was brought after Plaintiff, following my advice, withdrew a previous complaint in the U.S. District Court for the Eastern District of New York on the ground that it was in an improper venue); moreover, the complaint was brought approximately a year after he sent a demand letter, prompting me to send him the Attorney General's directive.

I have made one prior request for an adjournment in this matter, and an additional adjournment will not prejudice Plaintiff's rights in any way.

I thank Your Honor for considering my request.

Respectfully,

Jerry H. Goldfeder

cc: All Counsel of Record via ECF