MITTS LAW, LLC
1822 Spruce Street
Philadelphia, PA 19103
Tel: (215) 866-0110 Fax: (215) 866-0111

mmitts@mittslaw.com
Phone: 215.866.0112
Fax: 215.866.0113

September 14, 2026

**VIA ECF**
Hon. Vernon S. Broderick, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

RE: *WCO Spectrum, LLC v. Hispanic Information & Telecommunications Network, Inc.*, Case No. 1:26-cv-1014 (S.D.N.Y.) – Letter Motion for Extension of Time

Dear Judge Broderick:

This firm represents Plaintiff WCO Spectrum, LLC ("WCO") in the above-captioned action. Pursuant to Rule 1.G of Your Honor's Individual Rules and Practices in Civil Cases, WCO respectfully requests a 30-day extension of time, from September 18, 2026 through October 19, 2026, to respond to Defendant Hispanic Information and Telecommunications Network, Inc.'s ("HITN") motion to dismiss, filed on September 4, 2026. WCO further requests that its deadline to amend the Complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) be extended from September 25, 2026 through October 19, 2026.

The requested extension is necessary because WCO's lead counsel is presently engaged in trial and, immediately thereafter, will be traveling to China for ten days. The requested extension will provide counsel sufficient time upon his return to prepare WCO's response to the motion, whether by filing an amended complaint or an opposition.

This is WCO's first request for an extension of its time to respond to HITN's motion to dismiss or to amend the Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Accordingly, no prior requests to extend these deadlines have been granted or denied. **HITN consents to the requested extension.** If WCO responds by filing an opposition to HITN's motion, HITN's reply would be due on October 26, 2026. No other scheduled dates or deadlines would be affected. WCO respectfully requests that the Court grant the requested extensions.

Respectfully submitted,

*/s/ Maurice R. Mitts*
Maurice R. Mitts

cc: All Counsel of Record via ECF

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. 9/15/2026