UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WCO SPECTRUM, LLC,

Plaintiff,

-against-

HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK, INC.,

Defendant.

26-CV-01014 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In light of Plaintiff's filing of an amended complaint (ECF 28), Defendants' first motion to dismiss the original complaint (ECF 24) is terminated as moot. This ruling is without prejudice to Defendant's filing a motion to dismiss the amended complaint. The Clerk of Court is respectfully requested to terminate ECF 24.

DATED: October 20, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**